IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

October 25, 2007

Charles R. Fulbruge III
Clerk

————————————

No. 07-60455
Summary Calendar

_____

VULCAN CONSTRUCTION MATERIALS, LP,
SOUTHERN AND GULF COAST DIVISION,

Plaintiff-Appellee

v.

McLEA DEVELOPERS, INC., doing business as
LEACH CONSTRUCTION COMPANY, INC.,

Defendant-Appellant

---

Appeal from the United States District Court
for the Northern District of Mississippi
(1:05-CV-47)

---

Before WIENER, BENAVIDES, and PRADO, Circuit Judges.

PER CURIAM:[*]

AFFIRMED.  See 47.6.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH
CIR. R. 47.5.4.